# EXHIBIT 1

**PetSmart Store No. 2716**
**CONSTRUCTION CONTRACT**
**S Tulsa Bixby, OK**
(STIPULATED SUM CONTRACT)

THIS CONSTRUCTION CONTRACT ("Agreement") is made as of this 29th day of August, 2016 by and between **PetSmart, Inc.**, 19601 N. 27th Ave., Phoenix, AZ 85027 (the "Client") and **DANCOR Construction Inc.**, 495 Grand Boulevard, Suite 206, Miramar Beach, FL 32550 (the "Contractor") and pertains to the construction of PetSmart Store # 2716, located at: the North East Corner of 101st S Memorial Dr in Tulsa, Oklahoma (the "Project").

Client and Contractor hereby agree as follows:

**Section 1.  The Contract Documents.**

The "Contract Documents" consist of this Agreement, the exhibits, plans, specifications, drawings, addenda and other items listed and described in Section 8 hereof, all modifications and change orders ("Change Orders") issued after execution of this Agreement in accordance with the terms hereof and the "General Conditions" as identified in Section 8.2(b) hereof.  The Contract Documents form the contract, and all are fully a part of the contract as if attached to this Agreement or repeated herein.

**Section 2.  The Work.**

The Contractor shall at its own expense procure and provide all permits (except building permit), labor, materials, cartage, tools, supplies and other things provided for in the Contract Documents or necessary to perform, and Contractor shall perform, all work required by the Contract Documents for the completion of, and the Contractor shall complete, the entire Project (hereinafter collectively, "Work").

**Section 3.  Construction Start Date and Construction Completion Date.**

The Work to be performed under this Contract shall be commenced not later than September 6, 2016 and subject to issuance of building permit ("Construction Start Date"), and shall be completed not later than December 26, 2016, a date that is 112 (one hundred twelve) calendar days following the Construction Start Date, subject to extension for any period of delay caused by: (i) act of God, act of war or civil insurrection, strikes, lockouts, abnormal inclement weather or other contingencies that were unforeseen and could not have been reasonably anticipated by Contractor and were beyond Contractor's reasonable control, provided, however, that as a condition of any such delay Contractor shall have given written notice thereof, specifying the cause and estimated duration, to Client within five (5) days after commencement thereof; (ii) by wrongful act of the Client, except as otherwise provided in the Contract Documents; or (iii) by written agreement between Contractor and Client.  For purposes of this Agreement, "Completion" shall mean actual completion of all Work for which Contractor is responsible hereunder.  In the event the Project is cancelled or delayed, Client shall be entitled to terminate this Agreement at any time prior to the Construction Start Date in which event this Agreement shall be deemed terminated and of no further force or effect.

**Section 4.  The Contract Sum.**

The Client shall pay the Contractor in current funds for the performance of the Work One Million Two Hundred Sixty-Nine Thousand Three Hundred Ninety-Seven Dollars ($1,269,397.00) ("Contract Sum") which Contract Sum is complete and includes all amounts to be paid or reimbursed to Contractor for the performance and completion of the Work and all of Contractor's other obligations under the Contract Documents, including without limitation all labor, materials, supplies, cartage, supervision, overhead, expenses, insurance to be provided by Contractor, contract fees, permit fees and all other fees, expenses and out-of-pocket costs of any kind, whether or not similar to any of the foregoing, except as may

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

otherwise be expressly provided in the Contract Documents. The Contractor agrees that the overhead and profit mark-up on any Change Order shall not exceed Eight percent (8%) of the cost of the Change Order.  Deductive change orders will include an Eight percent (8%) fee reduction. Further, in the event Contractor receives a cost savings relating to the Work, whether as a result of re-bidding or otherwise, Contractor agrees that Client shall receive the benefit of such cost savings in the exact amount of the savings received by Contractor.  To the extent any third party permit fees and/or charges are not expressly included in the Contract Sum, Such fees or charges shall be promptly paid by Contractor and invoiced for reimbursement of the amount of such fees or charge without any additional profit or mark-up charged to Client.

**Section 5.  Progress Payments.**

The Client shall make monthly progress payments on account of the Contract Sum to the Contractor as provided in the Contract Documents for the period ending thirty (30) days after the Construction Start Date, and every thirty (30) days thereafter until completed, in accordance with the following terms and conditions:

Contractor shall submit to Client applications for progress payment in the form approved by Client ("Applications for Payment") not later than five (5) days following the end of the period covered by the Application for Payment.  Such Application for Payment shall show, among other things, all Work completed as of the end of such period including the percentage, and the amounts payable therefor less the amounts of all previous payments by line item, as well as the current remaining balance and shall certify that all Work has been performed in accordance with the Contract Documents, and shall be accompanied by original unconditional progress lien waivers *(" Lien Waivers")* in at least the amount of all prior payments and from each of the subcontractors and material suppliers vendors to represent the total amount billed in each trade line item.  In the event that any subcontractor, material supplier or other person fails or refuses to provide a Lien Waiver due to a dispute with Contractor, Contractor will provide bonds sufficient to remove any lien rights of such person in lieu of a Lien Waiver.  Client shall be entitled as a condition of any such payment to inspect or cause its agent to inspect the Work to verify the information provided by Contractor in such Application for Payment.  Subject to the foregoing, not later than thirty (30) days following receipt of such Application for Payment, along with all applicable original Lien Waivers, and approved Change Orders including backup, Client shall pay to Contractor in cash ninety percent (90%) of the amount determined to be properly charged and allocated through such period based on the lesser of the percentage of costs incurred or of Work completed, with ten percent (10%) held in retention ("Retention Holdback Funds") until completion of Construction and receipt of all required close out documents ("Close Out Documentation").

**Section 6.  Final Application for Payment.**

Within twenty (20) days after the later to occur of (i) the completion of the Work and all items on the punch list ("Punch List") and (ii) the issuance of a certificate of occupancy for the Project by the appropriate governmental authorities ("Substantial Completion Date"), the Contractor shall submit to the Client: (a) final Application for Payment ("Final Application for Payment") certifying that the Work has been substantially completed in accordance with the Contract Documents, (b) original notarized unconditional final lien waiver from the Contractor and all persons having lien rights with respect to the Project, including subcontractors ("Unconditional Final Lien Waivers"), (c) approved Change Orders including backup, and (d) evidence of satisfaction or expiration of any local or state notice of completion statutes. In the event that any subcontractor fails or refuses to provide an Unconditional Final Lien Waiver due to a dispute with Contractor, Contractor will provide bonds sufficient to remove any lien rights of such person in lieu of a Lien Waiver.

Along with the Final Application for Payment and Unconditional Final Lien Waivers, all Close Out documentation, including "As-Built Drawings" (if so required by Client) shall be digitally uploaded to Client's "PetSmart's Construction Management Website".  Upon review and approval of the Final Application for Payment, all Unconditional Final Lien Waivers and required Close Out Documentation,

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

Client shall pay the Contractor the balance of the Contract Sum, provided the Punch List has been completed and verified. Notwithstanding the foregoing, Client shall be entitled as a condition of such payment to inspect or cause its agent to inspect the Work to verify the information provided by Contractor in such Final Application for Payment. Further, Client shall have the right to pay any portion of such final payment directly to unpaid subcontractors or others claiming any lien rights with respect to the Project or jointly to any such persons and Contractor.

For each day following the twentieth day (20th) day after the Substantial Completion Date that Contractor fails to complete all items in the Punch List in their entirety, the Contractor shall be obligated to pay Client the sum of Five Hundred Dollars ($500.00) per day as reasonable liquidated damages, and not as a penalty ("Liquidated Damages"), to reimburse Client for the additional administration required of its personnel and impaired or lost business opportunities caused by Contractor's delay. If Contractor has not to Client's satisfaction completed all Punch List items on or before the thirtieth (30th) day following the Substantial Completion Date, Client may elect to employ a third party contractor or contractors (collectively, "Remedial Contractors") of Client's choosing to complete the Punch List items at Contractor's expense. Client shall deduct the fees and expenses of the Remedial Contractors from the Contract Sum and may use the Retention Hold Back Funds to reimburse Client for the fees and expenses of the Remedial Contractors and to compensate Client for Liquidated Damages.

Subject to the foregoing, the Client shall pay the Contractor the balance of the Contract Sum, less Liquidated Damages for failure to timely complete the Punch List, as provided above, and the fees and expenses of the Remedial Contractors. Further, Client shall have the right to pay any portion of such final payment directly to unpaid subcontractors or others claiming any lien rights with respect to the Project or jointly to any such persons and Contractor. The remaining balance of the Retention Hold Back Funds, if any, shall be paid to Contractor upon satisfaction of all of the requirements of this Agreement.

**Section 8. Miscellaneous Provisions.**

8.1    Terms used in this Agreement which are defined in the General Conditions shall have the meanings designated therein.

8.2    The Contract Documents, which constitute the entire agreement between the Client and the Contractor, are listed in Section 1 and, except for Change Orders issued after execution of this Agreement, are enumerated as follows:

(a)    This Agreement;

(b)    General Conditions in the form of AIA Document A201, General Conditions of the Contract for Construction--1997 Edition, with the additions, deletions and modifications as referenced in the Supplementary General Conditions of the Specifications;

(c)    Construction Drawings date July 25, 2016, revised on August 8, 2016 and August 10, 2016, and prepared by RSP Architects, Ltd. (the "Architect") with reference to the Project (the "Drawings"). *SEE EXHIBIT "A"*;

(d)    Specifications dated July 25, 2016, prepared by the Architect with reference to the Project (the "Specifications");

(e)    Schedule of Values dated August 18, 2016. *SEE EXHIBIT "B"*;

(f)    Legal Status of Client - *SEE EXHIBIT "C"*;

(g)    Legal Description of Premises. *SEE EXHIBIT "D"*;

(h)    Subcontractor Hourly Rates. *SEE EXHIBIT "E"*; and

(i)    Project Timeline. *SEE EXHIBIT "F"*.

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

8.3     In the event of any conflict between this Agreement and the provisions of AIA document A201, this Agreement shall prevail.

8.4     Any reference to "Owner" in AIA document A201 is deemed to mean "Client," as identified herein.

## Section 9.  Indemnification and Insurance.

9.1     **Indemnification.**  Contractor shall indemnify, protect, defend and hold harmless Client, Client's lessor at the Project and any fee owner of the Project, and their respective subsidiaries and affiliates, and each of their respective employees, officers, agents, directors, and shareholders, and the successors and assignees of each of the foregoing ( each an 'Indemnified Person"), from and against any and all claims, demands, losses, liabilities, damages, costs and expenses, arising or resulting from personal injury, accidental death or property damage suffered by an Indemnified Person or any third person (collectively "Claims"), arising out of:

(a)     Contractor's or any subcontractor's use, occupancy, work, and/or activities in, on or about the Projects(s);

(b)     Any breach or default by Contractor of any obligation of Contractor, or any of its subcontractors under this Agreement; and

(c)     Any negligent or otherwise tortious act of omission of Contractor, its agents, employees, invitees or contractors.

Contractor agrees to defend, at Contractor's sole costs and expense, each Indemnified Person, in any action or proceeding arising out of any such Claims, by counsel selected by the Indemnified Person, and to pay promptly all costs and expenses arising in connection with such defense, including without limitation , attorneys', consultants' and expert witnesses fees, as they become due.

9.2     **Insurance**. Contractor will maintain, at its sole cost and expense, during the term of this Agreement and for at least five (5) years thereafter, the following insurance coverage: (a) a commercial general liability insurance policy with limits for bodily injury and property damage of not less than $1,000,000 per occurrence, with an aggregate limit of $2,000,000, such policies to include products liability and contractual liability; (b) automobile liability insurance policy with limits not less than $1,000,000 combined single limit; (c) Workers' compensation insurance, including coverage for occupational disease, in the benefit amounts required by applicable law, and employer's liability insurance, with a limit of liability not less than $1,000,000 per accident; and (d) Errors and Omissions insurance in such amounts as Client may require. Contractor will provide additional liability limits of at least $2,000,000 per occurrence, either through an umbrella or excess policy, such policy to be excess to the underlying commercial general liability and auto insurance policies. Additionally, should Contractor's commercial general liability, umbrella, or excess liability policy annual aggregate limit applicable to any policy year become exhausted, Contractor agrees to immediately replace the coverage and liability limits for that policy year. Any retention or deductible under such coverage shall not exceed One Hundred Thousand Dollars ($100,000), the amount of retention or deductible must be shown on the certificate of insurance, and any retention or deductible in excess of One Hundred Thousand Dollars ($100,000) must be approved by Client in writing at its sole discretion.  Such insurance will be maintained with insurance companies authorized by law to conduct business in the United States of America and Canada with the financial rating of at least A-VII status, as rated in the most recent edition of Best's Insurance Reports. The insurance policies will name Client as an additional insured. Contractor will provide to Client a certificate of insurance or similar binder for each policy evidencing compliance with this Agreement upon execution of this Agreement.  The insurance policies and the certificates of insurance will provide that the insurance policies will not be

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

canceled or materially altered until at least thirty (30) days after Client receives written notice from the insurer. Within ten (10) days of written request from Client, Contractor shall provide Client with a complete and accurate copy of any policy of insurance required by this Agreement and sent to PetSmart Risk Management, Attn: Insurance Certification, 19601 N. 27th Avenue, Phoenix, AZ 85027.  The insurance coverage provided for in this Agreement will not act to limit Contractor's liability under this Agreement.

**Section 10.  Legal Status of Client.**

Contractor acknowledges and agrees that Client is the lessee of the premises where the Project is located. *SEE EXHIBIT "C" ATTACHED.*

**ANY CHANGES MADE TO THIS AGREEMENT BY THE CONTRACTOR WITHOUT THE ADVANCE WRITTEN APPROVAL OF CLIENT WILL NOT BE EFFECTIVE AND WILL NOT BECOME A PART OF THIS AGREEMENT FOR ANY PURPOSE.**

IN WITNESS WHEREOF, the parties have entered into this Agreement as of the date first above written.

| **CLIENT:** | **CONTRACTOR:** |
|---|---|
| PetSmart, Inc., | Dancor Construction Inc., |
| 19601 N. 27th Avenue | 495 Grand Boulevard, Suite 206 |
| Phoenix, Arizona 85027 | Miramar Beach, FL  32550 |

By:_____          By:_____
Printed                                                    Printed
Name:   Ryan Hill                                  Name:  Daniel J. Policicchio Sr.
Title:      Vice President, Real Estate Development          Title:    CEO / President

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

**EXHIBIT "A"**
**ENUMERATION OF DRAWINGS**

THE DRAWINGS TITLED:  PetSmart  2716  Location:  Tulsa, OK / Type:  Capital
DATED:  July 25, 2016   REVISED:    August 8, 2016 and August 10, 2016
PREPARED BY: ARCHITECT of RECORD:  RSP Architects, Ltd.,  Project Manager:  Danny Harvey

1 OF 2

RSP Architects, Ltd. with Robert Lucius, Oklahoma No. 3590

**DRAWING ENUMERATION**
**PETSMART # 2716 – Tulsa, OK**
Issue For Bid
2425.083.00 / 08-26-2016

| SHEET | Issue for Permit 07-25-2016 | Addendum A 08-08-16 | Addendum B 08-10-16 | | | |
|---|---|---|---|---|---|---|
| **ARCHITECTURAL** | | | | | | |
| A0.0 | ◆ | ◆ | | | | |
| F1.0 | ◆ | ◆ | | | | |
| F2.0 | ◆ | ◆ | | | | |
| A0.1 | ◆ | ◆ | | | | |
| A1.0 | ◆ | ◆ | | | | |
| A2.0 | ◆ | ◆ | ◆ | | | |
| A2.1 | ◆ | ◆ | | | | |
| A2.2 | ◆ | ◆ | | | | |
| A2.3 | ◆ | ◆ | | | | |
| A3.0 | ◆ | ◆ | | | | |
| A3.1 | ◆ | ◆ | | | | |
| A4.0 | ◆ | ◆ | | | | |
| A5.0 | ◆ | ◆ | | | | |
| A6.0 | ◆ | ◆ | | | | |
| A6.1 | ◆ | ◆ | | | | |
| A7.0 | ◆ | ◆ | | | | |
| A8.0 | ◆ | ◆ | | | | |
| A8.1 | ◆ | ◆ | | | | |
| A9.0 | ◆ | ◆ | | | | |
| A11.0 | ◆ | ◆ | | | | |
| A12.0 | ◆ | ◆ | | | | |
| **STRUCTURAL** | | | | | | |
| S1.0 | ◆ | | | | | |
| S2.0 | ◆ | ◆ | | | | |
| S2.1 | ◆ | ◆ | | | | |
| S3.0 | ◆ | ◆ | | | | |
| **MECHANICAL** | | | | | | |
| M1.0 | ◆ | ◆ | | | | |
| M1.1 | ◆ | | | | | |
| M1.2 | ◆ | | | | | |
| M2.0 | ◆ | | | | | |
| **PLUMBING** | | | | | | |
| P0.1 | ◆ | | | | | |
| P1.0 | ◆ | ◆ | | | | |
| P1.1 | ◆ | ◆ | | | | |
| P2.0 | ◆ | | | | | |

1 OF 2

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

| SHEET | Issue for Permit 07-25-2016 | Addendum A 08-08-16 | Addendum B 08-10-16 | | | |
|---|---|---|---|---|---|---|
| P3.0 | ◆ | ◆ | | | | |
| ELECTRICAL | | | | | | |
| E0.1 | ◆ | ◆ | | | | |
| E0.2 | ◆ | | | | | |
| E1.0 | ◆ | ◆ | | | | |
| E2.0 | ◆ | | | | | |
| E2.1 | ◆ | | | | | |
| E2.2 | ◆ | | | | | |
| EM1 | ◆ | | | | | |
| EM2 | ◆ | | | | | |
| ETD | ◆ | | | | | |

**End of Diamond Matrix**

Page 2 of 2

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

**EXHIBIT "B"**
**SCHEDULE OF VALUES**

| Section | Description | Quantities | Unit Cost | Cost Extension |
|---|---|---|---|---|
| | TEMPORARY FACILITIES | | $    - | $    4,500.00 |
| | SECURITY | | $    - | N/A |
| | TESTING/INSPECTIONS - BLDG. | | $    - | N/A |
| | STAKING - SITE | | $    - | N/A |
| | MISCELLANEOUS | | $    - | $   67,895.00 |
| | GENERAL CONDITIONS | | $    - | $   62,900.00 |
| | CONTRACTOR'S FEE | | $    - | $   78,089.00 |
| | TAXES | | $    - | In Trades |
| | BOND FEES | | $    - | $   14,345.00 |
| | LIABILITY INSURANCE | | $    - | $    2,500.00 |
| | BUILDERS RISK INSURANCE | | $    - | N/A |
| 2200 | STRUCTURE EXCAVATION & BACKFILLING | | $    - | N/A |
| 3300 | BUILDING CONCRETE – CAST IN PLACE | | $    - | $   19,100.00 |
| 3331 | POLISHED CONCRETE FLOOR SYSTEM | | $    - | $   30,917.00 |
| 3930 | JOINT FILLING | | $    - | $    2,500.00 |
| 4810 | REINFORCED CONCRETE MASONRY | | $    - | $   19,900.00 |
| 5400 | COLD FORMED STEEL FRAMING | | $    - | N/A |
| 5500 | METAL FABRICATION | | $    - | $   64,000.00 |
| 5520 | STEEL RAILINGS AND HANDRAILS | | $    - | N/A |
| 6100 | ROUGH CARPENTRY | | $    - | $    6,500.00 |
| 6200 | FINISH CARPENTRY | | $    - | $   11,000.00 |
| 6402 | INTERIOR ARCHITECTURAL WOODWORK | | $    - | $   60,012.00 |
| 7190 | WATER REPELLENTS | | $    - | N/A |
| 7210 | BUILDING INSULATION | | $    - | $    3,000.00 |
| 7240 | EXTERIOR INSULATION AND FINISH SYSTEM | | $    - | N/A |
| 7620 | SHEET METAL FLASHING AND TRIM | | $    - | N/A |
| 7842 | FIRE-RESISTIVE JOINT SYSTEMS | | $    - | N/A |
| 7920 | JOINT SEALANTS AND RODENT CONTROL SYSTEMS | | $    - | $    1,000.00 |
| 8110 | HOLLOW METAL DOORS AND FRAMES | | $    - | $    8,655.00 |
| 8111 | PRE-FINISHED FRAMES | | $    - | N/A |
| 8210 | WOOD DOORS | | $    - | Included Above |
| 8311 | ACCESS DOORS AND FRAMES | | $    - | $     500.00 |
| 8411 | ALUMINUM FRAMED ENTRANCES AND STOREFRONTS | | $    - | $    9,350.00 |
| 8450 | ALL GLASS STOREFRONTS | | $    - | Included Above |
| 8710 | FINISH HARDWARE | | $    - | $    4,700.00 |
| 8800 | GLAZING | | $    - | Included Above |

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

| Section | Description | Quantities | Unit Cost | Cost Extension |
|---|---|---|---|---|
| 9260 | GYPSUM BOARD ASSEMBLIES | | $     - | $  186,800.00 |
| 9511 | ACOUSTICAL PANEL CEILINGS | | $     - | $     4,000.00 |
| 9651 | WALL BASE | | $     - | $     2,000.00 |
| 9770 | SPECIAL WALL SURFACES | | $     - | $     4,500.00 |
| 9910 | PAINTING | | $     - | $    30,700.00 |
| 10200 | LOUVERS AND VENTS | | $     - | N/A |
| 10285 | IMPACT RESILIENT WALL PROTECTION | | $     - | $     2,440.00 |
| 10800 | TOILET AND BATH ACCESSORIES | | $     - | $     2,700.00 |
| 15100 | PLUMBING (BLDG.) | | $     - | $    54,800.00 |
| 15200 | HVAC | | $     - | $  109,160.00 |
| 15300 | FIRE SPRINKLER SYSTEM | | $     - | $    20,700.00 |
| 16000 | BUILDING AUTOMATION & AUTOMATIC TEMPERATURE CONTROL | | $     - | $    17,542.00 |
| 16010 | ELECTRICAL (BLDG.) | | $     - | $  130,643.00 |
| 16010 | ELECTRICAL SWITCHGEAR | | $     - | $    20,046.00 |
| 16500 | LIGHTING | | $     - | $    66,812.00 |
| 16720 | ALARM SYSTEM | | $     - | $    37,651.00 |
| | **TOTAL BUILDING COST** | | $ | **1,161,857.00** |

**BID ALTERNATE**

| | | | | |
|---|---|---|---|---|
| 9910 | PAINTING (REMOVE ORANGE PEEL FINISH) | | $     - | N/A |
| 3300 | REMOVE EXISTING CONCRETE FLOOR SLAB AND POUR NEW FLOOR OVER EXISTING GRADE | | $     - | $  107,540.00 |
| | | | | |
| | **TOTAL BID ALTERNATE COST** | | **$107,540** | |

| | | | | |
|---|---|---|---|---|
| | TESTING/INSPECTION-ONSITE | | | |
| | STAKING | | $     - | N/A |
| | MISC. | | $     - | N/A |
| | GENERAL CONDITIONS | | $     - | N/A |
| | CONTRACTOR'S FEE | | $     - | N/A |
| | TAXES | | $     - | N/A |
| | BOND FEES | | $     - | N/A |
| | BUILDERS RISK INSURANCE | | $     - | N/A |
| | SITE DEMOLITION | | $     - | N/A |
| | UTILITY RELOCATION | | $     - | N/A |
| | BUILDING DEMOLITION | | $     - | N/A |
| | EARTHWORK/SITE GRADING/PAD | | $     - | N/A |

S Tulsa Bixby, OK
Store No. 2716

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

| Section | Description | Quantities | Unit Cost | Cost Extension |
|---------|-------------|------------|-----------|----------------|
| | SANITARY SEWER | | $      - | N/A |
| | FIRE LINE/HYDRANTS | | $      - | N/A |
| | PAVING | | $      - | N/A |
| | CURBING | | $      - | N/A |
| | STRIPING | | $      - | N/A |
| | EXTERIOR/SITE FENCING | | $      - | N/A |
| | LANDSCAPE/IRRIGATION | | $      - | N/A |
| | SITE LIGHTING | | $      - | N/A |
| | SITE TELEPHONE | | $      - | N/A |
| 3300 | SITE CONCRETE | | $      - | N/A |
| 4810 | SITE MASONRY | | $      - | N/A |
| 7920 | JOINT SEALANTS | | $      - | N/A |
| 9910 | PAINTING | | $      - | N/A |
| 15100 | PLUMBING | | $      - | N/A |
| 15204 | HVAC EQUIPMENT | | $      - | N/A |
| | **TOTAL ON-SITE COST** | | **$    N/A** | |

| | TESTING/INSPECTION-OFFSITE | | $      - | N/A |
|---|----------------------------|---|---------|-----|
| | STAKING | | $      - | N/A |
| | MISC. | | $      - | N/A |
| | GENERAL CONDITIONS | | $      - | N/A |
| | CONTRACTOR FEE | | $      - | N/A |
| | TAXES | | $      - | N/A |
| | BOND FEES | | $      - | N/A |
| | LIABILITY INSURANCE | | $      - | N/A |
| | BUILDERS RISK INSURANCE | | $      - | N/A |
| | OFFSITE DEMOLITION | | $      - | N/A |
| | UTILITY RELOCATION | | $      - | N/A |
| | OFFSITE GRADING | | $      - | N/A |
| | OFFSITE UTILITIES | | $      - | N/A |
| | OFFSITE PAVING | | $      - | N/A |
| | OFFSITE LANDSCAPE | | $      - | N/A |
| | OFFSITE CONCRETE | | $      - | N/A |
| | TRAFFIC CONTROL | | $      - | N/A |
| | TRAFFIC SIGNALING | | $      - | N/A |
| | SIDEWALKS | | $      - | N/A |
| | STRIPING | | $      - | N/A |
| | CURBING | | $      - | N/A |

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

| Section | Description | Quantities | Unit Cost | Cost Extension |
|---|---|---|---|---|
|  | TOTAL OFF-SITE COST | | $            N/A | |
|  |  |  |  |  |
|  | TOTAL BUILDING COST . . . . . . . .. . . . . . . . . . . . . . . . . . . . . . . . | | $        1,161,857.00 | |
|  | TOTAL ON-SITE COST . . . . . . . .. . . .. . . . . . . . . . . . . . . . . | | $ N/A | |
|  | TOTAL OFF-SITE COST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ N/A | |
|  | TOTAL BID ALTERNATE COST . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $          107,540.00 | |
|  | GRAND TOTAL COST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $        1,269,397.00 | |

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

**EXHIBIT "C"**
**LEGAL STATUS OF CLIENT**

OWNER,
REPUTED OWNER,
OR
PUBLIC AGENCY

>           LG Memorial & 101st, LLC
>           2301 Cedar Springs Road
>           Suite 200
>           Dallas, TX 75201
>           Attention:  General Counsel

TENANT,
LESSEE,
OR
SUBLESSEE

>           PetSmart, Inc.
>           19601 N. 27th Avenue
>           Phoenix, AZ  85027
>           (623)580-6100
>           Attn:  Construction/New Stores

ORIGINAL CONTRACTOR
OR
REPUTED CONTRACTOR

>           Dancor Construction Inc.
>           495 Grand Boulevard, Suite 206
>           Miramar Beach, FL  32550
>           Phone:  (850) 231-3602 ext. 203
>           Attn:  Daniel J. Policicchio, Sr.

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

**EXHIBIT "D"**
**LEGAL DESCRIPTION OF PREMISES**

Lots One (1), Two (2), and Three (3), Block One (1), Memorial Crossing, a Subdivision in the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat No. 5053.

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

**EXHIBIT "E"**
**SUBCONTRACTOR HOURLY RATES**

Dancor Construction, Inc August 25, 2016

|  | Hourly | Overtime | Sunday/Holidays | Tax |
|---|---|---|---|---|
| Electrical | $ 110.00 | $165.00 | $220.00 | City Tax on Material 8.517% |
| HVAC | $ 110.00 | $165.00 | $220.00 | City Tax on Material 8.517% |
| Plumbing | $ 110.00 | $165.00 | $220.00 | City Tax on Material 8.517% |
| Sprinkler | $ 110.00 | $165.00 | $220.00 | City Tax on Material 8.517% |
| Interiors | $  95.00 | $142.50 | $190.00 | City Tax on Material 8.517% |
| Supervisor |  |  |  |  |
| TCC | $125.00 | $187.50 | $250.00 | City Tax on Material 8.517% |

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

**EXHIBIT "F"**
**PROJECT TIMELINE**



PETSMART
Store#2716
10122 South Memorial Drive
Tulsa, OK
Preliminary 112 Day Bid Schedule

| ID | Task Name | Duration | Start | Finish |
|----|-----------|----------|-------|--------|
| 1 | Mobilization-Permit Pick Up | 2 days | Tue 9/6/16 | Wed 9/7/16 |
| 2 | Demolition & Removal of Existing Concrete Slab | 12 days | Thu 9/8/16 | Fri 9/23/16 |
| 3 | Layout for Underground Plumbing/Electrical | 2 days | Mon 9/26/16 | Tue 9/27/16 |
| 4 | Underground Plumbing/Electrical Installation | 6 days | Wed 9/28/16 | Wed 10/5/16 |
| 5 | Underground Inspections | 2 days | Wed 10/5/16 | Thu 10/6/16 |
| 6 | Final Grading/Concrete Slab Prep/Pourback | 8 days | Fri 10/7/16 | Tue 10/18/16 |
| 7 | Inspection for Concrete Pour Back & Testing of Concrete | 2 days | Mon 10/17/16 | Tue 10/18/16 |
| 8 | Slab Saw Cutting & Control Joints Installation | 1 day | Wed 10/19/16 | Wed 10/19/16 |
| 9 | Layout & Installation of Metal Stud Framing | 6 days | Thu 10/20/16 | Thu 10/27/16 |
| 10 | Installation of Structural Steel Reinforcement for RTUs | 4 days | Tue 10/25/16 | Fri 10/28/16 |
| 11 | Installation of Electrical Wall Rough | 8 days | Tue 10/25/16 | Thu 11/3/16 |
| 12 | Installation of Plumbing Wall Rough | 8 days | Tue 10/25/16 | Thu 11/3/16 |
| 13 | Installation of Low Voltage Wall Rough | 7 days | Tue 10/27/16 | Fri 11/4/16 |
| 14 | Installation of Above Ceiling HVAC Ductwork | 6 days | Mon 10/31/16 | Mon 11/7/16 |
| 15 | Installation of Above Ceiling Electrical | 6 days | Tue 11/1/16 | Tue 11/8/16 |
| 16 | Installation of Above Ceiling Fire Sprinkler Piping | 4 days | Tue 11/1/16 | Fri 11/4/16 |
| 17 | Installation of Above Ceiling Fire Alarm Rough | 4 days | Fri 11/4/16 | Wed 11/9/16 |
| 18 | Installation of Above Ceiling Plumbing Rough | 4 days | Tue 11/1/16 | Fri 11/4/16 |
| 19 | Walk-Thru with PetSmart & RSP for Rough-In Verification | 1 day | Thu 11/3/16 | Thu 11/3/16 |
| 20 | Inspections for In-Wall MEP's | 3 days | Fri 11/4/16 | Tue 11/8/16 |
| 21 | Installation of In-Wall Insulation | 3 days | Wed 11/9/16 | Fri 11/11/16 |
| 22 | Installation of Drywall | 5 days | Mon 11/14/16 | Fri 11/18/16 |
| 23 | Installation of Door Frames | 2 days | Fri 11/18/16 | Mon 11/21/16 |
| 24 | Taping & Finishing of Drywall | 5 days | Mon 11/21/16 | Fri 11/25/16 |
| 25 | Installation of Storefront Automatic Doors | 2 days | Fri 11/14/16 | Tue 11/15/16 |
| 26 | Painting of Exposed Ceiling & MEP Components (Night Work) | 3 days | Thu 11/10/16 | Mon 11/14/16 |
| 27 | Installation of RTU Curbs & RTU's & Unit Heaters | 3 days | Fri 11/4/16 | Tue 11/8/16 |

Project: PETSMART STORE#2716
Date: 08/18/2016

| | | |
|--|--|--|
| Task | | Milestone ◆ |
| Split | | Summary |
| Progress | | Project Summary |

External Tasks
External Milestone ◆
Deadline ⇨

Page 1

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**



PETSMART
Store#2716
10122 South Memorial Drive
Tulsa, OK
Preliminary 112 Day Bid Schedule

| ID | Task Name | Duration | Start | Finish |
|----|-----------|----------|-------|--------|
| 28 | Painting of Interior Walls | 3 days | Mon 11/28/16 | Wed 11/30/16 |
| 29 | Installation of Interior Open Ceiling Lighting | 4 days | Tue 11/15/16 | Fri 11/18/16 |
| 30 | Installation of Ceramic Wall Tile | 4 days | Mon 11/28/16 | Thu 12/1/16 |
| 31 | Installation of Acoustical Ceiling Grid | 4 days | Mon 11/28/16 | Thu 12/1/16 |
| 32 | Installation of Electrical Lighting in ACT Ceiling Areas | 3 days | Thu 12/1/16 | Mon 12/5/16 |
| 33 | Installation of HVAC Diffusers & Grilles in ACT Ceiling Areas | 3 days | Thu 12/1/16 | Mon 12/5/16 |
| 34 | Installation & Final Trim of Fire Sprinkler Heads | 2 days | Thu 12/1/16 | Fri 12/2/16 |
| 35 | Installation & Final Trim for Fire Alarm Devices | 2 days | Thu 12/1/16 | Fri 12/2/16 |
| 36 | Installation of Acoustical Ceiling Tiles | 1 day | Mon 12/5/16 | Mon 12/5/16 |
| 37 | Polishing of Concrete Floors (Night Work) | 3 days | Tue 12/6/16 | Thu 12/8/16 |
| 38 | Installation of Restroom Partitions | 1 day | Fri 12/2/16 | Fri 12/2/16 |
| 39 | Installation of Doors & Hardware | 2 days | Mon 11/28/16 | Tue 11/29/16 |
| 40 | Installation of Plumbing Fixtures | 2 days | Mon 12/5/16 | Tue 12/6/16 |
| 41 | Walk-Thru with PetSmart & RSP for Pre-Millwork Installation | 1 day | Wed 12/7/16 | Wed 12/7/16 |
| 42 | Installation of Casework & Store Fixtures | 7 days | Fri 12/9/16 | Mon 12/19/16 |
| 43 | Plumbing, Electrical, MEP Final Connections | 2 days | Tue 12/13/16 | Wed 12/14/16 |
| 44 | Final Inspections with Fire Department | 1 day | Fri 12/16/16 | Fri 12/16/16 |
| 45 | Final Inspections with Building Department | 2 days | Fri 12/16/16 | Mon 12/19/16 |
| 46 | Punch List Walk-Thru with Owner | 1 day | Tue 12/13/16 | Tue 12/13/16 |
| 47 | Completion of Punch List | 8 days | Wed 12/14/16 | Fri 12/23/16 |
| 48 | Turnover of Store to Operations & Merchandising Teams | 1 day | Mon 12/26/16 | Mon 12/26/16 |

| | | | | |
|---|---|---|---|---|
| Project: PETSMART STORE#2716 | Task | | Milestone ◆ | External Tasks |
| Date: 08/18/2016 | Split | | Summary | External Milestone ◆ |
| | Progress | | Project Summary | Deadline |

Page 2

**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**



**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**



**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**



**PetSmart Store No. 2716 S Tulsa Bixby, OK**
**CONSTRUCTION CONTRACT**

