IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETSMART, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-cv-00361-CVE-JSJ |
| (1) DANCOR CONSTRUCTION, INC., | ) ) ) |
| Defendant. | ) |

# DEFENDANT'S 26 (a) DISCLOSURES

**COMES NOW** the Defendant Dancor Construction, Inc., by and through its attorney of record, John M. Dunn, and makes this his Rule 26(a) disclosures, and states as follows:

**A.**     **Rule 26(a)(1) A:**  Name and, if known, the address and telephone number of each individual likely to have discernable information relevant to disputed facts alleged with particularity in the pleading, identifying the subjects of the information:

**RESPONSE:**

| 1. | Daniel Policicchio<br>Dancor Construction, Inc.<br>28 N. 1st Street #108<br>Geneva, Ill 60134 | Facts and circumstances alleged in Plaintiff's Complaint. |
|---|---|---|
| 2. | Billy Tye Sasin<br>2409 Sendero Trail<br>Lewisville, TX  75067 | Knowledge of progress of project and reasons for "delays" |
| 3. | Sandi Thompson<br>Petsmart, Inc.<br>19601 North 27th Ave<br>Phoenix, AZ  85027 | Knowledge of progress of project and reasons for "delays" |
| 4. | Paul Enox<br>City of Tulsa | Issues surrounding inspections and Certificate of Occupancy |
| 5. | Jeffrey Stephens<br>Petsmart, Inc.<br>19601 North 27th Ave<br>Phoenix, AZ  85027 | Acceptance and determination project was substantially complete |

| | | |
|---|---|---|
| 6. | Corporate Representative<br>RSP Architects, Ltd.<br>1220 Marshall Street NE<br>Minneapolis, MN 55413-1036 | Knowledge of progress of project and reasons for "delays", change orders, and inspections |
| 7. | Paul Lopez<br>Dancor Construction, Inc.<br>28 N. 1st Street #108<br>Geneva, Ill 60134 | Knowledge of progress of project and reasons for "delays" |
| 8. | James Alley<br>Dancor Construction, Inc.<br>28 N. 1st Street #108<br>Geneva, Ill 60134 | Knowledge of progress of project and reasons for "delays" |
| 8. | Victor Williams<br>Dancor Construction, Inc.<br>28 N. 1st Street #108<br>Geneva, Ill 60134 | Knowledge of progress of project and reasons for "delays" |
| 9. | Robert Albertson | Knowledge of progress of project and reasons for "delays" |
| 10. | Corporate Representative<br>RLS Construction<br>c/o Steven Buckman<br>10108 E. 79th Street<br>Tulsa, OK  74133 | Knowledge of events surrounding Plaintiff's Complaint with regards to delays and withheld payments.  Payments made by Petsmart and payments made by Dancor. |
| 11. | Corporate Representative<br>DaVco Mechanical Contractors<br>c/o James Rusher<br>3600 Bank of America Center<br>15 W. Sixth Street<br>Tulsa, OK  74119 | Knowledge of events surrounding Plaintiff's Complaint with regards to delays and withheld payments.  Payments made by Petsmart and payments made by Dancor. |
| 12. | Corporate Representative<br>Brazeal Masonry, Inc.<br>c/o Barrow and Grimm<br>110 West 7th Street, Suite 900<br>Tulsa, OK  74119 | Knowledge of events surrounding Plaintiff's Complaint with regards to delays and withheld payments.  Payments made by Petsmart and payments made by Dancor. |

**(B)** **Rule 26(a) (1)(B):** A copy of, or a description by category and location of, all documents, all data compilations, and tangible things in the possession, custody and control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**RESPONSE:**

1. Change Order Forms.

2. Certificate of occupancy

2

    3.       Contract

    4.       Photographs of construction project

    5.       Punch Lists

    6.       Certificate of substantial completion

    7.       Any other documents which Plaintiff and Defendant believe to be relevant and, if applicable, are in the possession of Plaintiff.

**C.**    **Rule 26(a)(1)(C)** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**RESPONSE:**

"Hold Back" Payment:    $126,939.70

TOTAL    $126,939.70

**D.**    **Rule 26(a)(1)(D):** For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**  Not Applicable

/S/ John M. Dunn
John M. Dunn, OBA No. 20975
The Law Offices of John M. Dunn, PLLC
616 South Main, Suite 206
Tulsa, OK 74119
Telephone: (918) 526-8000
Facsimile: (918) 359-5050
ATTORNEY FOR DEFENDANT DANCOR

3

## CERTIFICATE OF SERVICE

   I hereby certify that on this 24th day of January, 2018, a true and correct copy of the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, and the attorney(s) of record will receive notification of such filing via the CM/ECF system.

                   /s/ John M. Dunn_____